IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRICE JEFFERSON | : | |
| | : | No. 02-CV-2965 |
| v. | : | |
| | : | |
| QUALITY COMMUNITY HEALTHCARE, INC., | : | |
| QUALITY COMMUNITY HEALTHCARE | : | |
| FAMILY HEALTHCARE CENTER, | : | |
| QCHC FAMILY CENTER, | : | |
| DANAIL VATEV, M.D., | : | |
| DEBORAH ROBINSON, P.A., | : | |
| DEBORAH ROBINSON, M.D., | : | |
| TODD E. NIXON, M.D., | : | |
| MCP HAHNEMANN UNIVERSITY and | : | |
| ALBERT J. GUERRATY, M.D. | : | **JURY TRIAL DEMANDED** |

# ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of JOHN J. SNYDER, ESQUIRE and ANDREW McANENEY, ESQUIRE, on behalf of Defendants, ALBERT J. GUERRATY, M.D., MCP HAHNEMANN UNIVERSITY and TODD E. NIXON, M.D., in the above-captioned matter.

**RAWLE & HENDERSON** LLP


BY:  JOHN J. SNYDER, ESQUIRE
ANDREW McANENEY, ESQUIRE
Attorney I.D. Nos.: 22751/62182
The Widener Building, 16th Floor
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200

0691689.01

                                    Attorneys for Defendants
Todd E. Nixon, M.D., MCP Hahnemann
University and Albert J. Guerraty, M.D.

0691689.01