| a Control number 000081 JXC | Void ☐ | OMB No. 1545-0008 | JXC | 000050 | 000081 |
|---|---|---|---|---|---|
| b Employer identification number 23-2157140 | | 1 Wages, tips, other compensation 28623.31 | | 2 Federal income tax withheld 6228.63 | |
| c Employer's name, address, and ZIP code QUALITY COMMUNITY HEALTHCARE INC 2501 WEST LEHIGH AVE PHILADELPHIA PA 19132 | | 3 Social security wages 30930.97 | | 4 Social security tax withheld 1917.72 | |
| | | 5 Medicare wages and tips 30930.97 | | 6 Medicare tax withheld 448.50 | |
| | | 7 Social security tips | | 8 Allocated tips | |
| d Employee's social security number 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 | | 9 Advance EIC payment | | 10 Dependent care benefits | |
| e Employee's name, address, and ZIP code DANAIL VATEV 3348 BOWMAN STREET PHILADELPHIA, PA 19129 | | 11 Nonqualified plans | | 12 Benefits included in box 1 | |
| | | 13 See instrs. for box 13 E 2307.66 | | 14 Other | |
| | | 15 Statutory employee ☐ Deceased ☐ Pension plan ☒ Legal rep. ☐ Deferred compensation ☒ | | | |
| 16 State PA | Employer's state I.D. no. 1351 3726 | 17 State wages, tips, etc. 30930.97 | 18 State income tax 866.08 | 19 Locality name PHILADEL | 20 Local wages, tips, etc. 31169.61 | 21 Local income tax 1438.04 |

Form W-2 Wage and Tax Statement 2000

Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

GOVERNMENT EXHIBIT 1

Form W-2 Wage and Tax Statement 1999  EMPLOYER REFERENCE COPY — DO NOT FILE.

| A Control number 0026-E340 000244-000050 | | | | Void | c Employer's name, address, and ZIP code QUALITY COMMUNITY HEALTHCARE INC  GEORGETTE MC ALLISTER 2501 WEST LEHIGH AVE PHILADELPHIA PA 19132 | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | 0000 |
|---|---|---|---|---|---|---|---|
| 15 Statutory employee | Deceased | Pension plan X | Legal rep. | Deferred compensation X | | 1 Wages, tips, other compensation 97869.20 | 2 Federal income tax withhe 16734. |
| b Employer's identification number 23-2157140 | | d Employee's social security number 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 | | | | 3 Social security wages 72600.00 | 4 Social security tax withheld 4501. |
| 13 See Instrs. for Box 13 E     9999.86 | | 14 Other | | | e Employee's name, address, and ZIP code DANAIL V VATEV 3348 BOWMAN ST PHILADELPHIA PA 19129 | 5 Medicare wages and tips 107869.06 | 6 Medicare tax withheld 1564. |
| | | | | | | 7 Social security tips | 8 Allocated tips |
| | | | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | | | 11 Nonqualified plans | 12 Benefits included in Box |
| 16 State PA | Employer's state I.D. No. 13513726 | | 17 State wages, tips, etc. 107869.06 | | 18 State income tax 3009.65 | 19 Locality name PA PHILA | 20 Local wages, tips, etc. 107869.06 | 21 Local income tax 5013. |

| a Control number | | Void | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| 0244 2JM | | ☐ | 2JM | | 0244 |
| b Employer's identification number | | | 1 Wages, tips, other compensation | | 2 Federal income tax withheld |
| 23-2157140 | | | 88889.75 | | 14959.82 |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | | 4 Social security tax withheld |
| QUALITY COMMUNITY HEALTH | | | 68400.00 | | 4240.80 |
| 2501 03 W LEHIGH AVE | | | 5 Medicare wages and tips | | 6 Medicare tax withheld |
| PHILADELPHIA, PA 19132 | | | 98812.63 | | 1432.78 |
| | | | 7 Social security tips | | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | | 10 Dependent care benefits |
| 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 | | | | | |
| e Employee's name, address, and ZIP code | | | 11 Nonqualified plans | | 12 Benefits included in box 1 |
| DANAIL V VATEV | | | | | |
| 3348 BOWMAN ST | | | 13 See instrs. for Form W-2 | | 14 Other |
| PHILA, PA 19129 | | | E 9922.88 | | |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☒  Legal rep. ☐  Deferred compensation ☒ | | |
| 16 State Employer's state I.D. no. | 17 State wages, tips, etc | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc | 21 Local income tax |
| PA | 98812.63 | 2766.88 | PHILA R | 98812.63 | 4685.38 |

Form **W-2** Wage and Tax Statement **1998**
Copy D For Employer

Department of the Treasury-Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number 0244 2JM | | 3 No. 1545-0008 2JM | 0244 |
|---|---|---|---|
| b Employer's identification number 23-2157140 | | 1 Wages, tips, other compensation 35653.42 | 2 Federal income tax withheld 6279.46 |
| c Employer's name, address, and ZIP code QUALITY COMMUNITY HEALTH 2501 03 W LEHIGH AVE PHILADELPHIA, PA 19132 | | 3 Social security wages 42573.42 | 4 Social security tax withheld 2639.55 |
| | | 5 Medicare wages and tips 42573.42 | 6 Medicare tax withheld 617.32 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code DANAIL V VATEV 3348 BOWMAN ST PHILA, PA 19129 | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | 13 See Instrs. for Form W-2 E 6920.00 | 14 Other |
| | | 15 Statutory employee ☐ Deceased ☐ Pension plan ☒ Legal rep. ☐ Hshld. emp. ☐ Subtotal ☐ Deferred compensation ☒ | |
| 16 State Employer's state I.D. No. PA | 17 State wages, tips, etc 42573.42 | 18 State income tax 1192.11 | 19 Locality name PHILA R | 20 Local wages, tips, etc 42573.42 | 21 Local income tax 2039.22 |

Form **W-2** Wage and Tax Statement **1997**
Copy D For Employer

Department of the Treasury-Internal Revenue Service
For Paperwork Reduction Act Notice,
see separate instructions.

| a Control number 000080 JXC | Void ☐ | OMB No. 1545-0008 | JXC | 000050 | 000080 |
|---|---|---|---|---|---|
| b Employer identification number 23-2157140 | | 1 Wages, tips, other compensation 46218.13 | | 2 Federal income tax withheld 8922.96 | |
| c Employer's name, address, and ZIP code QUALITY COMMUNITY HEALTHCARE INC 2501 WEST LEHIGH AVE PHILADELPHIA PA 19132 | | 3 Social security wages 48818.59 | | 4 Social security tax withheld 3026.75 | |
| | | 5 Medicare wages and tips 48818.59 | | 6 Medicare tax withheld 707.87 | |
| | | 7 Social security tips | | 8 Allocated tips | |
| d Employee's social security number 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 | | 9 Advance EIC payment | | 10 Dependent care benefits | |
| e Employee's name, address, and ZIP code DEBORAH ROBINSON 5928 SPRING STREET PHILADELPHIA, PA 19139 | | 11 Nonqualified plans | | 12 Benefits included in box 1 | |
| | | 13 See instrs. for box 13 E 2600.46 | | 14 Other | |
| | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☒  Legal rep. ☐  Deferred compensation ☒ | | | |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| PA | 1351 3726 | 48818.59 | 1366.96 | PHILADEL | 52006.47 | 2386.28 |
| | | | | | | |

Form **W-2** Wage and Tax Statement **2000**
Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.



GOVERNMENT EXHIBIT

Form W-2 Wage and Tax Statement 1999    EMPLOYER REFERENCE COPY — DO NOT FILE.

| a Control number | 0026-E340 000299-000050 | | | | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service |
|---|---|---|---|---|---|---|---|
| 15 Statutory employee | Deceased | Pension plan X | Legal rep. | Deferred compensation X | | QUALITY COMMUNITY HEALTHCARE INC  GEORGETTE MC ALLISTER 2501 WEST LEHIGH AVE PHILADELPHIA PA 19132 | OMB No. 1545-0008 |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 26342.27 | 5023 |

| b Employer's identification number | d Employee's social security number |
|---|---|
| 23-2157140 | 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 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 26919.23 | 1668 |

| 13 See Instrs. for Box 13 | 14 Other |
|---|---|
| E     576.96 | |

e Employee's name, address, and ZIP code
DEBORAH ROBINSON
5928 SPRING ST
PHILADELPHIA PA 19139

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 26919.23 | 390 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12 Benefits included in Box |
|---|---|
| | |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| PA | 13513726 | 26919.23 | 753.78 | PA PHILA | 27394.03 | 1264. |



DEPARTMENT OF HEALTH & HUMAN SERVICES
BUREAU OF PRIMARY HEALTH CARE

Public Health Service

OCT 2 5 1993

Health Resources and
Services Administration
Rockville MD 20857

OCT 7 1993

Marcella E. Lingham, Ed.D.
Quality Health Care, Inc.
2801 West Dauphin Street
Philadelphia, Pennsylvania 19132

Dear Dr. Lingham:

The Bureau of Primary Health Care (BPHC), in accordance with Section 224(h) of the Public Health Service (PHS) Act, 42 U.S.C. 233(h) as added by the Federally Supported Health Centers Assistance Act of 1992 (P.L. 102-501), deems the above named entity to be an employee of the Federal Government for the purposes of Section 224. Under Section 224(a), the remedy against the United States provided under the Federal Tort Claims Act (FTCA) for medical and related functions performed by commissioned officers or employees of the PHS while acting within the scope of office or employment, shall be exclusive of any other civil action or proceeding. P.L. 102-501 extends this "FTCA coverage" to the grantees that have been deemed covered under Section 224(h) and certain of their officers, employees, and contractors, as specified below.

This action is based on the assurances provided on September 2, 1993, with regard to: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice; (2) implementation of a system whereby professional credentials, references, claims history, fitness, professional review organization findings, and licensure status of its health professionals are reviewed and verified; (3) cooperation with the Department of Justice (DOJ) in the defense of claims (including access to all pertinent documents and patient information and records) and actions to assure against claims in the future; and (4) cooperation with the DOJ in providing information related to previous malpractice claims history.

All officers, employees, and full-time contractors (minimum 32.5 hours per week) of this grantee who are physicians or other licensed or certified health care practitioners and who are providing services under the scope of activities covered by the project funded through its Section 329 (migrant health centers), Section 330 (community health centers), Section 340 (health services for the homeless), or Section 340A (health services for residents of public housing) grant(s) are also deemed to be employees of the Federal Government for the purposes of Section 224, as are part-time contractors who are licensed or certified providers of obstetrical services and whose individual medical



GOVERNMENT
EXHIBIT
3

Page 2 - Marcella E. Lingham, Ed.D.

malpractice liability insurance coverage does not extend to services performed for this grantee. Subrecipients listed as eligible for FTCA coverage by the grantee will be deemed eligible only for carrying out those grant-related activities designated as being within the scope of their contract.

Accordingly, the Attorney General, through the DOJ, has the responsibility for the defense of the individual and/or grantee for malpractice claims approved for FTCA coverage. Please note that the applicability of the Act to a particular claim or case will depend upon the determination or certification, as appropriate, by the Attorney General that the individual or grantee is covered by the Act and was acting within the scope of employment. Such determination or certification is subject to judicial review. If the claim is subject to FTCA coverage, it must be reviewed initially by the PHS through an administrative claims process. Your cooperation in the handling of the claim (including providing the relevant medical records) will be necessary.

Section 224 is further amended by providing that hospital admitting privileges can not be denied if a covered health professional meets the appropriate professional qualifications, and agrees to abide by the hospital bylaws and the rules, and regulations of the medical staff. These individuals are thus afforded the same treatment as members of the National Health Service Corps with respect to hospital admitting privileges. Hospitals that fail to comply shall be in jeopardy of losing Medicare and Medicaid reimbursements.

The BPHC will be evaluating the implications of FTCA coverage for the payment of malpractice insurance costs under the terms of your grant. As a general rule, BPHC would not allow further charges to the grant for malpractice insurance for services subject to FTCA coverage. However, BPHC recognizes that some insurable risks will remain after the effective date of eligibility for FTCA coverage, including risks covered by malpractice insurance for non-covered providers. These remaining risks may require the purchase of private insurance by the grantee. Furthermore, it is expected that grantees will purchase "tail" insurance coverage for current providers with claims made instead of occurrences policies. Consequently, a grantee that has been deemed eligible for FTCA coverage should not cancel its current private malpractice insurance policies until these "gap" coverage requirements have been identified and policies secured.

The BPHC will consider allowing the grantee to continue to purchase its current malpractice insurance where the grantee can demonstrate that: (1) this is necessary to maintain the current scope of services and patient care activities and (2) the cost of such insurance is less than the cost of the insurable risks that remain after FTCA coverage is in effect, i.e., gap coverage.

Furthermore, BPHC will examine your request for charging to your grant the cost of "tail" insurance, if your previous malpractice coverage was for claims made, rather than occurrences. Here too, we will consider the extent to which the cost of tail insurance exceeds the cost of the present malpractice insurance, in deciding which form of insurance will be an allowable expense under the grant.

Page 3 - Marcella E. Lingham, Ed.D.

The effective date of eligibility for FTCA malpractice coverage is October 1, 1993. FTCA coverage is only applicable to acts or omissions occurring after this effective date and before January 1, 1996, for the scope of activities covered by the grant funded project.

For further information, please contact Martin Bree, J.D., FTCA Coordinator, Region III at (215) 596-6653.

Sincerely yours,

Marilyn H. Gaston, M.D.
Assistant Surgeon General
Director



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
**BUREAU OF PRIMARY HEALTH CARE**

Public Health Service

Health Resources and
Services Administration
Bethesda MD 20814

JUN 20 1996

Ms. Marcella Lingham
Executive Director
Quality Community Health Care
2501 West Leigh Avenue
Philadelphia, Pennsylvania 19132

Reference: Malpractice Liability Coverage

The Bureau of Primary Health Care (BPHC), in accordance with Section 224(h) of the Public Health Service (PHS) Act, 42 U.S.C. 233(h) as amended by the Federally Supported Health Centers Assistance Act of 1995 (Pub.L. 104-73), deems the above named entity to be an employee of the Federal Government, effective June 23, 1996, for the purposes of Section 224. Section 224(a) provides liability protection under the Federal Tort Claims Act (FTCA) for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, and related functions and is exclusive of any other civil action or proceeding.
This "FTCA coverage" is applicable to deemed entities and their including officers, governing board members, employees, and contractors who are physicians or other licensed or certified health care practitioners working full-time (minimum 32.5 hours per week) or part-time providing family practice, general internal medicine, general pediatrics, or obstetrical/gynecological services.

Section 224 further provides that hospital admitting privileges cannot be denied on the basis of having malpractice coverage under the FTCA, if a covered health care professional meets the appropriate professional qualifications, and agrees to abide by the hospital bylaws and the rules, and regulations of the medical staff. Moreover, managed care plans are required to accept FTCA as meeting whatever malpractice insurance coverage requirements such plans may require of contracting providers. Hospitals and managed care plans that fail to comply shall be in jeopardy of losing Medicare and Medicaid reimbursements.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met. For example, a $1.0 million each claim/$3.0 million aggregate occurrence is met since FTCA would, as appropriate, provide for the payment to a plaintiff of any damages awarded as a result of a judgment or a settlement approved by the Attorney General, sums in excess of this amount.

For further information, please contact CAPT Marty Bree, Regional FTCA Coordinator, HRSA Field Office, Philadelphia, Pennsylvania at (215) 596-6655.

Sincerely yours,

Marilyn H. Gaston, M.D.
Assistant Surgeon General
Director

# BPHC:
## Bureau of Primary Health Care



January 22, 1996

Dear Covered Entity:

The President signed into law the Federally Supported Health Centers Assistance Act of 1995 (Pub.L. 104-73) on December 26, 1995. It amends the Public Health Service Act to permanently extend and clarify malpractice coverage for health centers under the Federal Tort Claims Act.

The purpose of this communication is to advise you that your "deemed status" will remain in effect during the 180 day period beginning on December 25, 1995, as provided by Section 5(c) of Pub.L. 104-73. Please append this notice to your existing deeming letter.

We will provide you with application instructions regarding the process of renewing your deemed status in the near future.

If you have any further questions, you may contact Nathan Stinson, M.D., at (301) 594-4327.

Marilyn H. Gaston, M.D.
Assistant Surgeon General
Director



U.S. Department of Health & Human Services
Public Health Service
**HRSA**
Health Resources & Services Administration



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
BUREAU OF PRIMARY HEALTH CARE

Public Health Service

Health Resources and
Services Administration
Bethesda MD 20814

JUN 20 1996

Ms. Marcella Lingham
Executive Director
Quality Community Health Care
2501 West Leigh Avenue
Philadelphia, Pennsylvania 19132

Reference: Malpractice Liability Coverage

The Bureau of Primary Health Care (BPHC), in accordance with Section 224(h) of the Public Health Service (PHS) Act, 42 U.S.C. 233(h) as amended by the Federally Supported Health Centers Assistance Act of 1995 (Pub.L. 104-73), deems the above named entity to be an employee of the Federal Government, effective June 23, 1996, for the purposes of Section 224. Section 224(a) provides liability protection under the Federal Tort Claims Act (FTCA) for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, and related functions and is exclusive of any other civil action or proceeding.
This "FTCA coverage" is applicable to deemed entities and their including officers, governing board members, employees, and contractors who are physicians or other licensed or certified health care practitioners working full-time (minimum 32.5 hours per week) or part-time providing family practice, general internal medicine, general pediatrics, or obstetrical/gynecological services.

Section 224 further provides that hospital admitting privileges cannot be denied on the basis of having malpractice coverage under the FTCA, if a covered health care professional meets the appropriate professional qualifications, and agrees to abide by the hospital bylaws and the rules, and regulations of the medical staff. Moreover, managed care plans are required to accept FTCA as meeting whatever malpractice insurance coverage requirements such plans may require of contracting providers. Hospitals and managed care plans that fail to comply shall be in jeopardy of losing Medicare and Medicaid reimbursements.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met. For example, a $1.0 million each claim/$3.0 million aggregate occurrence is met since FTCA would, as appropriate, provide for the payment to a plaintiff of any damages awarded as a result of a judgment or a settlement approved by the Attorney General, sums in excess of this amount.

For further information, please contact CAPT Marty Bree, Regional FTCA Coordinator, HRSA Field Office, Philadelphia, Pennsylvania at (215) 596-6655.

Sincerely yours,

Marilyn H. Gaston, M.D.
Assistant Surgeon General
Director