IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRICE JEFFERSON,  Plaintiff | : : : | CIVIL ACTION |
| v. | : : | NO: 02-2965 |
| QUALITY COMMUNITY HEALTHCARE FAMILY HEALTH CENTER, QCHC FAMILY CENTER, DANAIL VATEV, MD DEBORAH ROBINSON, P.A., TODD E. NIXON, MD and MCP HAHNEMANN UNIVERSITY,  Defendants. | : : : : : : : : : | |

**ORDER**

Presently pending is Plaintiff's unopposed Motion to Lift Stay and Remand Matter to the Court of Common Pleas. **AND NOW,** this _____ day of October, 2005, upon consideration of Plaintiff's Motion to Lift Stay and Remand Matter to the Court of Common Pleas of Philadelphia County, IT IS HEREBY ORDERED that the motion is GRANTED and that the matter be removed from deferred status and be remanded to the Court of Common Pleas of Philadelphia County.

**BY THE COURT:**

_____
**CLIFFORD SCOTT GREEN, S.J.**